IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:02CR15-FDW |
| | ) | (Financial Litigation Unit) |
| PHYLLIS HURLEY SIDES | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PROVIDENCE PARK EXECUTIVE | ) | |
| SERVICES, INC, | ) | |
| Garnishee. | ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 31) filed May 11, 2017. Having carefully considered the motion, the record, and for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 31) is **GRANTED**, and the Order of Continuing Garnishment filed in this case against Defendant Phyllis Hurley Sides is **DISMISSED**.

Signed: May 12, 2017

David C. Keesler
United States Magistrate Judge