IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:02-CR-015-FDW-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| PHYLLIS HURLEY SIDES, | ) |
| Defendant, | ) |
| and | ) |
| ESTES EXPRESS LINES, | ) |
| Garnishee. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 45) filed May 21, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Government reports that the judgment lien expired on April 29, 2024.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 45) is **GRANTED**. The "Order Of Continuing Garnishment" (Document No. 43) is **DISMISSED**.

**SO ORDERED**.

Signed: May 21, 2024

David C. Keesler
United States Magistrate Judge